# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ISRAEL LOPEZ,

    *Petitioner*,

vs.

ROBERT LEGRAND,

    *Respondent.*

3:11-cv-00181-LRH-VPC

ORDER

This habeas action comes before the Court on the petitioner's application (#1) to proceed *in forma pauperis*.

The application will be denied without prejudice because petitioner did not submit the application on the required form. Petitioner instead submitted a pauper application for an appeal. Under Local Rule LSR 1-1, a pauper application must be submitted on the Court's required form.

IT THEREFORE IS ORDERED that petitioner's application (#1) to proceed *in forma pauperis* is DENIED without prejudice.

IT FURTHER IS ORDERED that petitioner shall have thirty (30) days within which to either pay the $5.00 filing fee or submit a new and properly completed application to proceed *in forma pauperis*, with all required, and new, financial attachments.

IT FURTHER IS ORDERED that the Clerk of Court shall send petitioner two copies of an application to proceed *in forma pauperis* for incarcerated persons along with a copy of the instructions for same.

///

If petitioner fails to both timely and fully comply with this order, the action will be dismissed without further advance notice.

DATED this 25th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE