AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_\_NEVADA\_\_\_

ISRAEL LOPEZ,

    Petitioner,   JUDGMENT IN A CIVIL CASE

V.

          CASE NUMBER: **3:11-CV-00181-LRH-VPC**

ROBERT LEGRAND, et al.,

    Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED with prejudice as time-barred. Final judgment is entered in favor of respondents and against petitioner. This action is dismissed with prejudice.
    **IT FURTHER IS ORDERED** that a certificate of appealability is **DENIED**.

  March 26, 2012                                  **LANCE S. WILSON**
                                                            Clerk

                                                          /s/ D. R. Morgan
                                                            Deputy Clerk